# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLER TURNER**                             ) | |
|                                                                ) | |
|     **Plaintiff,**                ) | |
|                                                                ) | |
| **v.**                                                     ) | **5:15-cv-01813** |
|                                                                ) | |
| **SANTANDER CONSUMER USA, INC.;**  ) | |
| **TRANS UNION, LLC;  EQUIFAX**          ) | |
| **INFORMATION SERVICES, LLC;**          ) | |
|                                                                ) | |
|     **Defendants.**         ) | |

## PLAINTIFF'S MOTION TO DISMISS
## DEFENDANT SANTANDER CONSUMER USA, INC.

**COMES NOW** the Plaintiff in the above-styled cause, by and through his attorney of record, and hereby requests that Defendant Santander Consumer USA, Inc., ONLY be dismissed with prejudice.

All claims pending in this matter shall remain against all other named Defendants.

                                                     /s/ *W. WHITNEY SEALS*
                                                    W. WHITNEY SEALS,
                                                    Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18 November 2015, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

SAME AS BELOW.

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**SANTANDER CONSUMER USA, INC**
c/o C T Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

**TRANS UNION, L.L.C.**
c/o Prentice-Hall Corporation System, Inc.
150 S. Perry Street
Montgomery, AL 36104

**EQUIFAX INFORMATION SERVICES, LLC**
c/o CSC Lawyers Incorporating Services, Inc.
150 S. Perry Street
Montgomery, AL 36104

/s/W. Whitney Seals
OF COUNSEL