FILED
2015 Nov-19 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SKYLER TURNER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:15-cv-01813-HGD |
| ) | |
| SANTANDER CONSUMER USA, INC., ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## PARTIAL DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss Defendant Santander Consumer USA, Inc. (Doc. 3). It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is GRANTED and Santander Consumer USA, Inc., is DISMISSED WITH PREJUDICE as a defendant from this action. Plaintiff's claims in this action against defendants Trans Union, LLC and Equifax Information Services, LLC remain pending.

DONE this 19th day of November, 2015.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE