FILED
2016 Apr-15  PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SKYLER TURNER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 5:15-cv-01813-MHH |
| SANTANDER CONSUMER USA, | ) | |
| INC.; TRANS UNION, LLC, and | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Skyler Turner and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Skyler Turner and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same. It is hereby further stipulated that Plaintiff is only releasing the claims against Trans Union LLC only and not releasing any claims against any remaining named parties.

Dated this 15th day of April 2016

7770533.2/SP/83057/2079/041516

Respectfully submitted,

s/W. Whitney Seals
**JOHN C. HUBBARD**
JOHN C. HUBBARD LLC
P.O. Box 961
Pelham, AL 35124
Telephone: (205) 378-8121
Facsimile: (205) 690-4525
Email: jch@jchubbardlaw.com
and
**W. WHITNEY SEALS**
PATE & COCHRUN LLP
P. O. Box 10448
Birmingham, AL  35202-0448
(205) 323-3900
(205) 323-3906 Fax
Email: filings@plc-law.com
**ATTORNEYS FOR PLAINTIFF SKYLER**
**TURNER**

s/Matthew W. Robinett
**MATTHEW W. ROBINETT**
ASB-3523-I72M
NORMAN, WOOD, KENDRICK &
TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
Email:       mrobinett@nwkt.com
**ATTORNEY FOR DEFENDANT TRANS UNION**
**LLC**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John C Hubbard
jch@jchubbardlaw.com
John C. Hubbard LLC
P.O. Box 961
Pelham, AL 35124
(205) 378-8121
(205) 690-4525 Fax
and
W Whitney Seals
filings@plc-law.com
Pate & Cochrun LLP
P O Box 10448
Birmingham, AL  35202-0448
(205) 323-3900
(205) 323-3906 Fax
***Counsel for Plaintiff***

Kirkland E. Reid
kreid@joneswalker.com
Jones Walker Waechter Poitevent Carrere
& Denegre LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
(251) 439-7513
(251) 433-1001 Fax
***Counsel for Equifax Information Services, LLC***


s/Matthew W. Robinett

**MATTHEW W. ROBINETT**

7770533.2/SP/83057/2079/041516