UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLER TURNER,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 5:15-cv-01813-MHH |
| } | |
| **SANTANDER CONSUMER USA, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,** } | |
| } | |
| **Defendants.** } | |

## ORDER

Plaintiff Skyler Turner and defendant Trans Union, LLC have filed a joint pro tanto stipulation of dismissal with prejudice. (Doc. 20). The Court **ORDERS** that the plaintiff's claims against Trans Union, LLC are **DISMISSED WITH PREJUDICE**. This dismissal does not affect any of the plaintiff's other claims. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 28, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE