# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLER TURNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 15-CV-01813-MHH |
| ) | |
| **SANTANDER CONSUMER USA;** ) | |
| **ET AL,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Skyler Turner and Defendant Equifax Information Services, LLC, pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant Equifax Information Services, LLC, with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35203

/s/ Kirkland E. Reid
Kirkland E. Reid
Attorney for Defendant
Jones Walker LLP.
11 North Water Street, Suite 1200
Mobile, AL 36602