# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLER TURNER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:15-cv-01813-MHH |
| **SANTANDER CONSUMER USA, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,** | } |
| **Defendants.** | } |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Skyler Turner and defendant Equifax Information Services, LLC have filed a joint stipulation of dismissal with prejudice. (Doc. 26). The Court **ORDERS** that Ms. Turner's claims against Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. Because there are no remaining claims in this action, the Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this March 10, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE